UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Sarah A Freeman

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

State of New Jersey Department of The Treasury

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 16-2327 PGS-LHG
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

RECEIVED
APR 27 2016
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sarah Freeman
Street Address: 272-5P Ward Ave
City and County: Bordentown, Burlington
State and Zip Code: New Jersey 08505
Telephone Number: 609 496 4396

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Steven Harris
Job or Title (if known): Administrator
Street Address: 50 W. State Street
City and County: Trenton, Mercer
State and Zip Code: New Jersey 08695
Telephone Number: 609 292-9200
E-mail Address (if known): Steven.Harris@Treas.NJ.Gov

Defendant No. 2
Name: Scott Janora
Job or Title (if known): Supervisor
Street Address: 50 W. State Street
City and County: Trenton, Mercer

3

        State and Zip Code    New Jersey  08695
        Telephone Number    609 292-9200
        E-mail Address    Scott.Janora@Treas.NJ.Gov
        (if known)

Defendant No. 3

        Name
        Job or Title
        (if known)
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address
        (if known)

Defendant No. 4

        Name
        Job or Title
        (if known)
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address
        (if known)

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

        Name    State of NJ Department of the Treasury
        Street Address    50 West State St
        City and County    Trenton  Mercer
        State and Zip Code    New Jersey  08695
        Telephone Number    609 633 9119

**II.  Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

**III.  Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✓] Termination of my employment.
- [✓] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [✓] Unequal terms and conditions of my employment.
- [✓] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____2007 – Present_____

C. I believe that defendant(s) *(check one)*:
- [✓] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [✓] race _Afro American_
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

6

E. The facts of my case are as follows. Attach additional pages if needed.

*I passed the Civil Service Exam ranking #2 and everyone on the list recieved the promotion except for me. He promoted Someone (Judy Felchek) provisional while there was a exsisting list. When I met with Mr Harris to ask why Im not being considered he said he's not interested in promoting me*

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*January 3, 2015*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*
*January 29, 2016*.
(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☒ less than 60 days have elapsed.

7

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Emotional I am currently see a doctor and physical state is not the same. I suffer with depression*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *April 27*, 20*16*.

Signature of Plaintiff *[signature]*
Printed Name of Plaintiff *Sarah A. Freeman*

8

**B.   For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |