UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH FREEMAN, | |
| Plaintiff, | Civ. Action No.: 16-2327-BRM-LHG |
| v. | |
| STEVEN HARRIS, et al., | **ORDER** |
| Defendants. | |

**THIS MATTER** is opened to the Court by Steven Harris, Scott Janora, and State of New Jersey Department of the Treasury's ("Defendants") Motion to Dismiss *pro se* Plaintiff Sarah Freeman's ("Plaintiff") Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 17.) Plaintiff opposes the Motion. (ECF No. 19.) The Court having reviewed the parties' submissions in connection with this Motion pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 21st day of September 2017,

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 17) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

Accordingly, this case is CLOSED.

/s/    *Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**