UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3126
_____

SARAH FREEMAN,
                Appellant

v.

STEVEN HARRIS; SCOTT JANORA;
STATE OF NEW JERSEY DEPARTMENT OF THE TREASURY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action No. 3-16-cv-02327)
District Judge: Brian R. Martinotti
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 22, 2018

Before: VANASKIE, COWEN and NYGAARD, <u>Circuit Judges</u>

_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on March 22, 2018.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 21, 2017, be and the same is hereby affirmed.  Costs taxed against the appellant.  All of the above in accordance with the opinion of this Court.

        ATTEST:

        s/ Patricia S. Dodszuweit
        Clerk

Dated: March 23, 2018